No. 67, Misc. CAVALLUCCI *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 73, Misc. ROBERTS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 99, Misc. GOODMAN *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 100, Misc. TEDFORD *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 114, Misc. IN RE BARBER. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 116, Misc. MONAGHAN *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 123, Misc. BYRNES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 129, Misc. SMITH *v.* RAGEN, WARDEN. Circuit Court of Stark County, Illinois. Certiorari denied.

No. 130, Misc. DEDERER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 132, Misc. REED *v.* NIERSTHEIMER, WARDEN. Circuit Court of St. Clair County, Illinois. Certiorari denied.